UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ernest Bishop,

    Plaintiff,

v.                                                                          Civil No. 18-2858 (JNE/ECW)
                                                                           ORDER

Paul Nystrom C.M.D. and
Hennepin County Medical Center,

    Defendants.

      Plaintiff Ernest Bishop alleges that Defendants committed malpractice and violated his rights under the Health Insurance Portability and Accountability Act ("HIPAA"). ECF No. 1. In a Report and Recommendation ("R&R") dated November 5, 2018, the Honorable Elizabeth Cowan Wright, United States Magistrate Judge, recommended that the Court dismiss Plaintiff Bishop's HIPAA claim without prejudice. ECF No. 3. No objections were filed. The Court adopts the R&R. Therefore, IT IS ORDERED THAT:

1. Plaintiff Bishop's HIPAA claim is DISMISSED WITHOUT PREJUDICE.

Dated: December 18, 2018

                                                                       s/ Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge